No. 315. GERMAN INSURANCE COMPANY, PLAINTIFF IN ERROR, *v.* COMMONWEALTH OF KENTUCKY, FOR THE USE, ETC., OF THE LOUISVILLE SCHOOL BOARD ET AL. In error to the Court of Appeals of the State of Kentucky. January 6, 1913. Dismissed with costs, on motion of counsel for the plaintiff in error. *Mr. Louis B. Wehle* and *Mr. O.*

*H. Wehle* for the plaintiff in error. No appearance for the defendants in error.

---

No. 210. ST. LOUIS FAIR ASSOCIATION, PLAINTIFF IN ERROR, *v.* GILSONITE ROOFING & PAVING COMPANY. In error to the Supreme Court of the State of Missouri. January 13, 1913. Dismissed with costs, on motion of counsel for the plaintiff in error. *Mr. Henry W. Bond* and *Mr. Thomas Bond* for the plaintiff in error. No appearance for the defendant in error.